**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DESMOND HODGE,

    Plaintiff,

vs.                                                   CASE NO. 6:09-CV-1059-ORL-19DAB

ORLANDO UTILITIES COMMISSION,
DEDICATED TRANSPORT, LLC d/b/a
BAKER'S TRANSPORT SERVICE OF
LAKELAND, INC. and DAVID POPE,

    Defendants.

## ORDER

The Defendant Dedicated Transport, LLC has modified the certification required in Paragraph 5 of the Order on Interested Persons and Corporate Disclosure (Doc. No. 3, filed June 25, 2009) to state "I hereby certify, **except as disclosed above**, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict." (Doc. No. 53, filed November 20, 2009). **Within ten (10) days** from the date of this Order the Defendant, Dedicated Transport, LLC, shall advise the Court of the actual or potential conflict of interest of the presiding judicial officers referenced in Docket Number 53.

      **DONE AND ORDERED** at Orlando, Florida, this   29th   day of November, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record